UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREENPOINT TECHNOLIGIES, INC. | CASE NO. C08-1828 RSM |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| PERIDOT ASSOCIATED S.A., *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Reconsideration. (Dkt. #38). Such motions are disfavored and will be denied in the absence of "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rule CR 7(h)(1). Here, Plaintiff argues that the Court should clarify its order vacating a prejudgment writ of garnishment to ensure that Defendants do not sell or transfer an aircraft that is the subject of the parties' dispute. Alternatively, Plaintiff argues that the Court should reinstate the writ for 30 days. The legal basis for Plaintiff's motion rests upon its contention that a Ninth Circuit case relied upon by the Court in the previous order is not controlling in this case. However,

ORDER
PAGE - 1

Plaintiff's current motion essentially amounts to re-argument of issues presented earlier. Accordingly, Plaintiff's motion shall be DENIED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

DATED this 25th day of March, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE